UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOEL CHRISTOPHER HOLMES,<br><br>Petitioner,<br><br>vs.<br><br>MAGGIE MILLER-STOUT,<br><br>Respondent. | No. 2:14-cv-00049-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON |

Magistrate Judge Rodgers filed a Report and Recommendation on April 1, 2014, recommending Mr. Holmes' federal habeas action be transferred to the United States District Court for the Western District of Washington in accordance with policy and pursuant to 28 U.S.C. § 2241(d). Mr. Holmes is challenging a King County conviction. The Court noted that to the extent Petitioner may be challenging the conditions of his confinement, he is free to file a separate civil rights action pursuant to 42 U.S.C. § 1983 in the Eastern District of Washington.

There being no objections, the Court **ADOPTS** the Report and Recommendation, ECF No. 6.  **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington.

ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER TRANSFERING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 1

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District Court Executive is further directed to forward this file with a copy of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this 29th day of April 2014.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Chief United States District Court Judge

.

ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 2